# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                          NO. 2022 KW 1261

VERSUS

MICHAEL GREEN                          **FEBRUARY 1, 2023**

---

In Re:    Michael Green, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          Nos. 02-94-1786, 04-94-1858.

---

**BEFORE:    GUIDRY, C.J., WOLFE, AND MILLER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
denied the motions to correct an illegal sentence, filed on June
29, 2022, on December 5, 2022.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT